UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO A. MALDONADO, | Case No. 16-cv-04406-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CANO, | |
| Defendant. | |

This action is dismissed without prejudice due to plaintiff's failure to exhaust administrative remedies before filing this action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 30, 2017

SUSAN ILLSTON
United States District Judge